UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ADLIFE MARKETNG & COMMUNICATIONS,
CO., INC., *Plaintiff*,

v.                                                                                    C.A. No. _____

FIVE STAR HOME FOODS, INC.
d/b/a FIVE STAR HOME FOODS
*Defendant*.

## COMPLAINT

**I.     JURISDICTION AND VENUE**

1.     Plaintiff Adlife Marketing and Communications, Co., Inc., is a Rhode Island company with a principal place of business at 38 Church St., Pawtucket, Rhode Island.

2.     Defendant Five Star Home Foods, Inc. ("Five Star"), is a company located at 234 Mall Boulevard, Suite 140, King of Prussia, Pennsylvania 19406 with an address registered with the Office of Secretary of State of Pennsylvania of 2000 Market Street, 10th Floor, Philadelphia, PA 19103.

3.     This Court has subject matter jurisdiction over this suit under the provisions of 28 U.S.C. §§ 1338(a) because this is a civil action arising under an Act of Congress relating to copyrights.

4.     This Court has personal jurisdiction over Five Star because it committed the acts and omission of copyright infringement in Massachusetts and purposely availed itself of the forum district.  Five Star solicited orders from customers in eastern Massachusetts and, upon information and belief, sold products into eastern Massachusetts.

5.     Venue lies properly within this Court under 28 U.S.C. § 1391(b)(2) because this is a district in which the Defendant is doing business with Plaintiff's photograph via the Internet.

Specifically, Five Star solicited orders from customers in eastern Massachusetts and, upon information and belief, sold products into eastern Massachusetts.

## COUNT ONE
## COPYRIGHT INFRINGEMENT

6. Adlife repeats and incorporates by reference all allegations above and below as if restated here in full.

7. Adlife owns the photo attached as Exhibit 1 hereto ("Photo").

8. The Photo has United States copyright registration number: VA0002009665 issued on July 12, 2016.

9. No later than July, 2016, Five Star took the Photo from Adlife and posted it on Five Star's website http://www.fivestarhomefoods.com.

10. Five Star posted the Photo on the following webpage within Five Star's website: http://www.fivestarhomefoods.com/home-foods/roasts.

11. Five Star took and used Adlife's Photo without Adlife's knowledge or permission.

12. Five Star used the Photo to solicit business and orders in Massachusetts.

13. Upon information and belief, Five Star's use of the Photo helped Five Star secure orders from Massachusetts and Five Star actually secured orders from Massachusetts after Five Star took and started using the Photo.

14. Five Star's unauthorized use of the Photo constitutes copyright infringement in violation of 17 U.S.C. sec. 501 et seq., entitling Adlife to damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Adlife Marketing and Communications, Co., Inc., respectfully prays as follows:

A. That Defendant be summoned to appear and answer this Complaint;

B. That this Honorable Court enter judgment in favor of Adlife and against Defendant;

C. That this Honorable Court award Adlife actual damages;

D. That this Honorable Court award Adlife consequential damages

E. That this Honorable Court award Adlife liquidated damages;

F. That this Honorable Court award Adlife its attorneys' fees, costs, pre-judgment interest; and

G. For such other and further relief as this Court deems necessary, just and proper.

        ADLIFE MARKETNG & COMMUNICATIONS,
        CO., INC.,
        By Its Attorney,

        /s/ Chip Muller
        Chip Muller, Esq. (BBO # 672100)
        Muller Law, LLC
        155 South Main Street, Suite 101
        Providence, RI 02903
        (401) 256-5171 (ph.)
        (401) 256-5025 (fax)
        chip@mullerlaw.com

September 7, 2016

Plaintiff Adlife Marketing & Communications, Co., Inc., by and through its attorneys, demands a TRIAL BY JURY on all counts so triable.

        /s/  Chip Muller

        Chip Muller, Esq. (BBO # 672100)